Kristine Taylor
2522 Chambers Road
Tustin, CA 92780
714-612-2570

Defendant In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
JUN 22 2023
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| Barbara Mark,<br><br>　　　　Plaintiff<br><br>vs.<br><br>Bruce Majeski, et. al.<br><br>　　　　Defendants | Civil Action No. 8:23-cv-00968-KES<br><br>**ANSWER TO COMPLAINT** |

　　　Defendant Kristine Taylor (incorrectly named as Kristine Taylor Appel) (Answering Defendant), hereby responds to the Plaintiff's Complaint, as follows:

　　　1.　　Answering Defendant, responding to paragraph 1 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

　　　2.　　Answering Defendant, responding to paragraph 2 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

　　　3.　　Answering Defendant, responding to paragraph 3 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

　　　4.　　Answering Defendant, responding to paragraph 4 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

　　　5.　　Answering Defendant, responding to paragraph 5 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

6. Answering Defendant, responding to paragraph 6 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

7. Answering Defendant, responding to paragraph 7 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

8. Answering Defendant, responding to paragraph 8 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

9. Answering Defendant, responding to paragraph 9 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

10. Answering Defendant, responding to paragraph 10 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

11. Answering Defendant, responding to paragraph 11 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

12. Answering Defendant, responding to paragraph 12 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

13. Answering Defendant, responding to paragraph 13 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

14. Answering Defendant, responding to paragraph 14 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

15. Answering Defendant, responding to paragraph 15 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

16. Answering Defendant, responding to paragraph 16 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

17. Answering Defendant, responding to paragraph 17 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

18. Answering Defendant, responding to paragraph 18 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

19. Answering Defendant, responding to paragraph 19 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

20. Answering Defendant, responding to paragraph 20 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

21. Answering Defendant, responding to paragraph 21 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

22. Answering Defendant, responding to paragraph 22 of the Complaint, denies the allegation.

23. Answering Defendant, responding to paragraph 23 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

24. Answering Defendant, responding to paragraph 24 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

25. Answering Defendant, responding to paragraph 25 of the Complaint, denies the allegation.

26. Answering Defendant, responding to paragraph 26 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

27. Answering Defendant, responding to paragraph 27 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

28. Answering Defendant, responding to paragraph 28 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

29. Answering Defendant, responding to paragraph 29 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

30. Answering Defendant, responding to paragraph 30 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

31. Answering Defendant, responding to paragraph 31 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

32. Answering Defendant, responding to paragraph 32 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

33. Answering Defendant, responding to paragraph 33 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

34. Answering Defendant, responding to paragraph 34 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

35. Answering Defendant, responding to paragraph 35 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

36. Answering Defendant, responding to paragraph 36 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

37. Answering Defendant, responding to paragraph 37 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

38. Answering Defendant, responding to paragraph 38 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

39. Answering Defendant, responding to paragraph 39 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

40. Answering Defendant, responding to paragraph 40 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

41. Answering Defendant, responding to paragraph 41 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

42. Answering Defendant, responding to paragraph 42 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

43. Answering Defendant, responding to paragraph 43 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

44. Answering Defendant, responding to paragraph 44 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

45. Answering Defendant, responding to paragraph 45 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

46. Answering Defendant, responding to paragraph 46 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

47. Answering Defendant, responding to paragraph 47 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

48. Answering Defendant, responding to paragraph 48 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

49. Answering Defendant, responding to paragraph 49 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

50. Answering Defendant, responding to paragraph 50 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

51. Answering Defendant, responding to paragraph 51 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

52. Answering Defendant, responding to paragraph 52 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

53. Answering Defendant, responding to paragraph 53 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

54. Answering Defendant, responding to paragraph 54 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

55. Answering Defendant, responding to paragraph 55 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

56. Answering Defendant, responding to paragraph 56 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

57. Answering Defendant, responding to paragraph 57 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

58. Answering Defendant, responding to paragraph 58 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

59. Answering Defendant, responding to paragraph 59 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

60. Answering Defendant, responding to paragraph 60 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

61. Answering Defendant, responding to paragraph 61 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

62. Answering Defendant, responding to paragraph 62 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

63. Answering Defendant, responding to paragraph 63 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

64. Answering Defendant, responding to paragraph 64 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

65. Answering Defendant, responding to paragraph 65 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

66. Answering Defendant, responding to paragraph 66 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

67. Answering Defendant, responding to paragraph 67 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

68. Answering Defendant, responding to paragraph 68 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

69. Answering Defendant, responding to paragraph 69 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

70. Answering Defendant, responding to paragraph 70 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

71. Answering Defendant, responding to paragraph 71 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

72. Answering Defendant, responding to paragraph 72 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

73. Answering Defendant, responding to paragraph 73 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

74. Answering Defendant, responding to paragraph 74 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

75. Answering Defendant, responding to paragraph 75 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

76. Answering Defendant, responding to paragraph 76 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

1   77.   Answering Defendant, responding to paragraph 77 of the Complaint, lacks
2   information or knowledge to respond to the allegation, and as such, denies the allegation.
3   78.   Answering Defendant, responding to paragraph 78 of the Complaint, lacks
4   information or knowledge to respond to the allegation, and as such, denies the allegation.
5   79.   Answering Defendant, responding to paragraph 79 of the Complaint, lacks
6   information or knowledge to respond to the allegation, and as such, denies the allegation.
7   80.   Answering Defendant, responding to paragraph 80 of the Complaint, lacks
8   information or knowledge to respond to the allegation, and as such, denies the allegation.
9   90.   Answering Defendant, responding to paragraph 90 of the Complaint, lacks
10  information or knowledge to respond to the allegation, and as such, denies the allegation.
11  91.   Answering Defendant, responding to paragraph 91 of the Complaint, lacks
12  information or knowledge to respond to the allegation, and as such, denies the allegation.
13  92.   Answering Defendant, responding to paragraph 92 of the Complaint, lacks
14  information or knowledge to respond to the allegation, and as such, denies the allegation.
15  49.   Answering Defendant, responding to paragraph 49 of the Complaint, lacks
16  information or knowledge to respond to the allegation, and as such, denies the allegation.
17  93.   Answering Defendant, responding to paragraph 93 of the Complaint, lacks
18  information or knowledge to respond to the allegation, and as such, denies the allegation.
19  94.   Answering Defendant, responding to paragraph 94 of the Complaint, lacks
20  information or knowledge to respond to the allegation, and as such, denies the allegation.
21  95.   Answering Defendant, responding to paragraph 95 of the Complaint, lacks
22  information or knowledge to respond to the allegation, and as such, denies the allegation.
23  96.   Answering Defendant, responding to paragraph 96 of the Complaint, lacks
24  information or knowledge to respond to the allegation, and as such, denies the allegation
25  97.   Answering Defendant, responding to paragraph 97 of the Complaint, lacks
26  information or knowledge to respond to the allegation, and as such, denies the allegation.
27  98.   Answering Defendant, responding to paragraph 98 of the Complaint, lacks
28  information or knowledge to respond to the allegation, and as such, denies the allegation.

99. Answering Defendant, responding to paragraph 99 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

100. Answering Defendant, responding to paragraph 100 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

101. Answering Defendant, responding to paragraph 101 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

102. Answering Defendant, responding to paragraph 102 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

103. Answering Defendant, responding to paragraph 103 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

104. Answering Defendant, responding to paragraph 104 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

105. Answering Defendant, responding to paragraph 105 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

106. Answering Defendant, responding to paragraph 106 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

107. Answering Defendant, responding to paragraph 107 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

108. Answering Defendant, responding to paragraph 108 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

109. Answering Defendant, responding to paragraph 109 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

110. Answering Defendant, responding to paragraph 110 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

111. Answering Defendant, responding to paragraph 111 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

112. Answering Defendant, responding to paragraph 112 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

**ANSWER TO COMPLAINT**

113. Answering Defendant, responding to paragraph 113 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

114. Answering Defendant, responding to paragraph 114 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

115. Answering Defendant, responding to paragraph 115 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

116. Answering Defendant, responding to paragraph 116 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

117. Answering Defendant, responding to paragraph 117 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

118. Answering Defendant, responding to paragraph 118 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

119. Answering Defendant, responding to paragraph 119 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

120. Answering Defendant, responding to paragraph 120 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

121. Answering Defendant, responding to paragraph 121 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

122. Answering Defendant, responding to paragraph 122 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

45. Answering Defendant, responding to paragraph 45 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

123. Answering Defendant, responding to paragraph 123 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

124. Answering Defendant, responding to paragraph 124 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

125. Answering Defendant, responding to paragraph 125 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

126. Answering Defendant, responding to paragraph 126 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

127. Answering Defendant, responding to paragraph 127 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

128. Answering Defendant, responding to paragraph 128 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

129. Answering Defendant, responding to paragraph 129 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

130. Answering Defendant, responding to paragraph 130 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

131. Answering Defendant, responding to paragraph 131 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

132. Answering Defendant, responding to paragraph 132 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

133. Answering Defendant, responding to paragraph 133 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

134. Answering Defendant, responding to paragraph 134 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

135. Answering Defendant, responding to paragraph 135 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

136. Answering Defendant, responding to paragraph 136 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

137. Answering Defendant, responding to paragraph 137 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

138. Answering Defendant, responding to paragraph 138 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

139. Answering Defendant, responding to paragraph 139 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

140. Answering Defendant, responding to paragraph 140 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

141. Answering Defendant, responding to paragraph 141 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

142. Answering Defendant, responding to paragraph 142 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

143. Answering Defendant, responding to paragraph 143 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

144. Answering Defendant, responding to paragraph 144 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

145. Answering Defendant, responding to paragraph 145 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

146. Answering Defendant, responding to paragraph 146 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

147. Answering Defendant, responding to paragraph 147 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

148. Answering Defendant, responding to paragraph 148 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

149. Answering Defendant, responding to paragraph 149 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

150. Answering Defendant, responding to paragraph 150 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

151. Answering Defendant, responding to paragraph 151 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

152. Answering Defendant, responding to paragraph 152 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

153. Answering Defendant, responding to paragraph 153 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

154. Answering Defendant, responding to paragraph 154 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

155. Answering Defendant, responding to paragraph 155 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

156. Answering Defendant, responding to paragraph 156 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

157. Answering Defendant, responding to paragraph 157 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

158. Answering Defendant, responding to paragraph 158 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

159. Answering Defendant, responding to paragraph 159 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

160. Answering Defendant, responding to paragraph 160 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

161. Answering Defendant, responding to paragraph 161 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

162. Answering Defendant, responding to paragraph 162 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

163. Answering Defendant, responding to paragraph 163 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

164. Answering Defendant, responding to paragraph 164 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

165. Answering Defendant, responding to paragraph 165 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

166. Answering Defendant, responding to paragraph 166 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

167. Answering Defendant, responding to paragraph 167 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

168. Answering Defendant, responding to paragraph 168 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

169. Answering Defendant, responding to paragraph 169 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

170. Answering Defendant, responding to paragraph 170 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

171. Answering Defendant, responding to paragraph 171 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

172. Answering Defendant, responding to paragraph 172 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

173. Answering Defendant, responding to paragraph 173 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

174. Answering Defendant, responding to paragraph 174 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

175. Answering Defendant, responding to paragraph 175 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

176. Answering Defendant, responding to paragraph 176 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

177. Answering Defendant, responding to paragraph 177 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

178. Answering Defendant, responding to paragraph 178 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

179. Answering Defendant, responding to paragraph 179 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

180. Answering Defendant, responding to paragraph 180 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

181. Answering Defendant, responding to paragraph 181 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

182. Answering Defendant, responding to paragraph 182 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

183. Answering Defendant, responding to paragraph 183 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

184. Answering Defendant, responding to paragraph 184 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation

185. Answering Defendant, responding to paragraph 185 of the Complaint, lacks information or knowledge to respond to the allegation, and as such, denies the allegation.

Dated: June 19, 2023

_____
Kristine Taylor, In Pro Per

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

      I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2522 Chambers Road, Tustin, California 92780

      On June 19, 2023, I served the foregoing document described as: **Answer** by the method checked below, on all interested parties and/or their counsel in this action, as follows:

P. David Cienfuegos, Esq.      Dcienfuegos@deldarlegal.com
DELDAR LEGAL
10866 Wilshire Blvd., Suite 740
Los Angeles, CA 90024

[X]   (BY MAIL) By placing the document in a sealed envelope, postage prepaid. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with the postage thereon fully prepaid at Tustin, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date hereof.

☐   (BY PERSONAL SERVICE) I delivered such envelope by hand to the office of the addressee(s).

☐   (BY FAX SERVICE) On this date, I faxed the foregoing document to the recipient at the fax number listed for the recipient and can provide proof of faxing.

☐   (BY EMAIL SERVICE) On this date, I emailed the foregoing document to the recipient at the email address provided by the recipient and can provide proof of emailing.

☐   (BY EFILING SERVICE) On this date, I efiled the foregoing document with instruction to One Legal to provide service on the recipient by email. I can provide proof of service of the emailing provided by One Legal.

☐   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

_____
Ronald Appel, Esq.

_____
D. Renee' Lewis






Kristine Taylor
2522 Chambers Road
Tustin, CA 92780

RECEIVED
JUN 22 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

KES

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 22 2023
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION    BY DEPUTY

Clerk of the Court
UNITED STATES DISTRICT COURT
411 West Fourth Street
Santa Ana, CA 92701