1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DELDAR LEGAL**
P. David Cienfuegos (CA SBN 225394)
*dcienfuegos@deldarlegal.com*
10866 Wilshire Blvd., Suite 740
Los Angeles, California 90024
Telephone: (844) 335-3271

Attorneys for Plaintiff BARBARA MARK

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MARK, an individual;<br><br>        Plaintiffs,<br><br>        vs.<br><br>BRUCE MAJESKI, an individual; BRUCE KING EQUITES, INC., a Wyoming Corporation; B&B ECONOMIC DEVELOPMENT, INC., a California limited liability company; CFO ADVISOR, a California Corporation; EZ QUAL LENDING, a California Corporation; FEARLESS INDUSTRIES, a Wyoming corporation; FISK CHARITIES, a California Public Benefits Corporation; ISABELLA INDUSTRIES, INC., a Wyoming Corporation; KAB HOLDINGS, a California corporation; PEL FINANCIAL SERVICES, a California corporation; PHIL ANTHROPY HOUSE, a California Public Benefits Corporation; SOVEREIGN WEALTH PRESERVATION INC., a Wyoming | Case No.: 8:23-cv-00968<br><br>**NOTICE OF PENDENCY OF ACTION**<br><br>**Assessor's Parcel No. 2423-004-042**<br><br>[4445 Cartwright Ave. # 207, Los Angeles, CA 91602] |

**1**

**Case No.: 8:23-cv-00968**
**NOTICE OF PENDENCY OF ACTION**

Corporation; THE KRISTINE TAYLOR PHILANTHROPIES, a California Public Benefit Corporation; TLC ESCROW SERVICES, INC., a California corporation; MY PHILANTHROPIES, a California Public Benefits Corporation; KRISTINE TAYLOR APPEL, an individual; and DOES 1 through 200

    Defendants

Dated: June 27, 2023          Respectfully Submitted,

                              **DELDAR LEGAL**

                        By: _____
                              P. David Cienfuegos (CA SBN 225394)
                              *dcienfuegos@deldarlegal.com*
                              10866 Wilshire Blvd., Suite 740
                              Los Angeles, California 90024
                              Telephone: (844) 335-3271

                              Attorneys for Plaintiff BARBARA MARK

**2**

**Case No.: 8:23-cv-00968**
**NOTICE OF PENDENCY OF ACTION**

**This page is part of your document - DO NOT DISCARD**

# 20230418014



**Pages:
0008**



**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

## 06/27/23 AT 11:43AM

| | |
|---|---:|
| FEES: | 40.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 115.00 |



**L E A D S H E E T**



202306270150038

00023556165



014140847

**SEQ:
01**

SECURE - Daily - Time Sensitive



**THIS FORM IS NOT TO BE DUPLICATED**

E248987



E13-2023062766

FOR REFERENCE ONLY: 20230418014

**RECORDING REQUESTED BY:**
BARBARA MARK

**WHEN RECORDED MAIL TO:**
DELDAR LEGAL
P. David Cienfuegos (CA SBN 225394)
10866 Wilshire Blvd., Suite 740
Los Angeles, California 90024

Space Above This Line Reserved for Recorder's Use

## NOTICE OF PENDENCY OF ACTION

**DELDAR LEGAL**
P. David Cienfuegos (CA SBN 225394)
*dcienfuegos@deldarlegal.com*
10866 Wilshire Blvd., Suite 740
Los Angeles, California 90024
Telephone: (844) 335-3271

Attorneys for Plaintiff BARBARA MARK

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MARK, an individual; | Case No.: 8:23-cv-00968 |
| Plaintiffs, | **NOTICE OF PENDENCY OF ACTION** |
| vs. | **Assessor's Parcel No. 2423-004-042** |
| BRUCE MAJESKI, an individual; BRUCE KING EQUITES, INC., a Wyoming Corporation; B&B ECONOMIC DEVELOPMENT, INC., a California limited liability company; CFO ADVISOR, a California Corporation; EZ QUAL LENDING, a California Corporation; FEARLESS INDUSTRIES, a Wyoming corporation; FISK CHARITIES, a California Public Benefits Corporation; ISABELLA INDUSTRIES, INC., a Wyoming Corporation; KAB HOLDINGS, a California corporation; PEL FINANCIAL SERVICES, a California corporation; PHIL ANTHROPY HOUSE, a California Public Benefits Corporation; SOVEREIGN WEALTH PRESERVATION INC., a Wyoming | [4445 Cartwright Ave. # 207, Los Angeles, CA 91602] |

1

**Case No.: 8:23-cv-00968**
**NOTICE OF PENDENCY OF ACTION**

Corporation; THE KRISTINE
TAYLOR PHILANTHROPIES, a
California Public Benefit Corporation;
TLC ESCROW SERVICES, INC., a
California corporation; MY
PHILANTHROPIES, a California
Public Benefits Corporation;
KRISTINE TAYLOR APPEL, an
individual; and DOES 1 through 200

Defendants

2

**Case No.: 8:23-cv-00968**
**NOTICE OF PENDENCY OF ACTION**

NOTICE IS GIVEN that the above-captioned action was commenced on June 2, 2023, in the above-captioned Court by BARBARA MARK, Plaintiff, against DEFENDANTS, affecting the right, title and interest to real property commonly known as 4445 Cartwright Ave. # 207, Los Angeles, CA 91602, Los Angeles County, State of California, and more particularly described as follows:

**THE LAND REFERRED TO HEREIN IS SITUATED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:**

**A CONDOMINIUM COMPRISED OF:**

**PARCEL 1:**

**UNIT 207A IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN AND DESCRIBED IN THE CONDOMINIUM PLAN FOR TRACT NO. 34671 RECORDED ON SEPTEMBER 9, 1980 AS INSTRUMENT NO. 1980-866578 OF OFFICIAL RECORDS.**

**PARCEL 2:**
**AN UNDIVIDED 1/46TH INTEREST AS TENANTS IN COMMON IN LOT 1 OF TRACT NO. 34671, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 947, PAGES 49 AND 50 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.**

**EXCEPT THEREFROM UNITS 101-A TO 112-A INCLUSIVE, 114-A TO 116-A INCLUSIVE, 201-A TO 212-A INCLUSIVE, 214-A TO 217-A INCLUSIVE, 301-A TO 312-A INCLUSIVE, 314-A TO 316-A INCLUSIVE, AS SHOWN ON THE CONDOMINIUM PLAN REFERRED TO IN PARCEL 1.**

**PARCEL 3:**
**AN EXCLUSIVE EASEMENT FOR AUTOMOBILE PARKING PURPOSES OVER THOSE SPACES DESIGNATED IN THE CONDOMINIUM PLAN REFERRED TO IN PARCEL 1 AS 70D AND 71D.**

**ASSESSOR'S PARCEL NUMBER: 2423-004-042**

**Case No.: 8:23-cv-00968**
**NOTICE OF PENDENCY OF ACTION**

Dated: June 26, 2023

Respectfully Submitted,

**DELDAR LEGAL**

By:

P. David Cienfuegos (CA SBN 225394)
*dcienfuegos@deldarlegal.com*
10866 Wilshire Blvd., Suite 740
Los Angeles, California 90024
Telephone: (844) 335-3271

Attorneys for Plaintiff BARBARA
MARK

4

## PROOF OF SERVICE

State of California, County of Los Angeles

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 10866 Wilshire Blvd., Suite 740, Los Angeles, California 90024.

On the date indicated below, I served the attached:

**NOTICE OF PENDENCY OF ACTION**

On the interested parties in said action, by placing a true copy thereof in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Bruce Majeski<br>3901 Blackthorn Street<br>Irvine, California 92612 | My Philanthropies<br>18301 Von Karman Ave., Ste. 430<br>Irvine, CA 92612 |
| TLC Escrow Services, Inc.<br>18301 Von Karman Ave., Ste. 430<br>Irvine, CA 92612 | Bruce King Equities<br>18301 Von Karman Ave., Ste. 430<br>Irvine, CA 92612 |
| Debra C. Clarke<br>2478 Sunningdale Drive<br>Tustin, CA 92782 | Sovereign Wealth Preservation<br>18301 Von Karman Ave., Ste. 430<br>Irvine, CA 92612 |
| The Kristine Taylor Philanthropies<br>18301 Von Karman Ave., Ste. 430<br>Irvine, CA 92612 | Gar Yin Lee Charitable Remainder Unitrust<br>18301 Von Karman Ave., Ste. 430<br>Irvine, CA 92612 |

[ ]    **BY PERSONAL DELIVERY**:  By causing such envelope to be delivered, leaving a true copy with the person and/or secretary at the address shown above.

[X]    **BY MAIL**:  By placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in a U.S. mailbox in Los Angeles, California after the close of the day's business.

[X]    **BY CERTIFIED MAIL:** I placed the documents in a sealed envelope and deposited with the United States Postal Service on that same day with postage as Certified Mail fully prepaid.

---
**1**
**PROOF OF SERVICE**

[ ]     **BY FEDERAL EXPRESS/UPS**:  By placing a true and correct copy thereof enclosed in a sealed envelope, prepaid, deposited with the Federal Express/UPS carrier/box at Los Angeles, California.

[ ]     **BY FACSIMILE**:  By transmitting a true and correct copy thereof into a facsimile machine addressed to the person, address and telephone number shown above.

[ ]     **BY ELECTRONIC/E-MAIL SERVICE**:  By transmitting a true and correct copy of said document to the e-mail address(es) herein and verifying completion of that transmission.

Executed on June 7, 2023, at Los Angeles, California.

[X] **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

By: _____
P. David Cienfuegos (SBN 225394)
10866 Wilshire Blvd., Suite 740
Los Angeles, California 90024
Telephone: (310) 270-7514

Attorney for defendant 14322 CORBY AVE LLC

2
**PROOF OF SERVICE**

**PROOF OF SERVICE**

State of California, County of Los Angeles

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 10866 Wilshire Blvd., Suite 740, Los Angeles, California 90024.

On the date indicated below, I served the attached:

**NOTICE OF PENDENCY OF ACTION**
**Assessor's Parcel No. 2423-004-042**
**[445 Cartwright Ave. # 207, Los Angeles, CA 91602]**

**NOTICE OF PENDENCY OF ACTION**
**Assessor's Parcel No. 405-182-06**
**[835 Freeman St., Santa Ana, CA 92703]**

**NOTICE OF PENDENCY OF ACTION**
**Assessor's Parcel No. 2423-004-042**
**[4445 Cartwright Ave. # 207, Los Angeles, CA 91602]**

On the interested parties in said action, by placing a true copy thereof in a sealed envelope(s) addressed as follows:

Kristine Taylor
2522 Chambers Road
Tustin, CA 92780
(714) 612-2570

*In Pro Persona*

[ ]   **BY PERSONAL DELIVERY**:  By causing such envelope to be delivered, leaving a true copy with the person and/or secretary at the address shown above.

[X]   **BY MAIL**:  By placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in a U.S. mailbox in Los Angeles, California after the close of the day's business.

[ ]   **BY FEDERAL EXPRESS/UPS**:  By placing a true and correct copy thereof enclosed in a sealed envelope, prepaid, deposited with the Federal Express/UPS carrier/box at Los Angeles, California.

1

**PROOF OF SERVICE**

1

2

      [ ]    **BY FACSIMILE**:  By transmitting a true and correct copy thereof into a facsimile machine addressed to the person, address and telephone number shown above.

3

4

      [ ]    **BY ELECTRONIC/E-MAIL SERVICE**:  By transmitting a true and correct copy of said document to the e-mail address(es) herein and verifying completion of that transmission.

5

      I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on June 27, 2023, at Los Angeles, California.

6

7

8

                       By: _Stephanie Stehling_____

9

                         Stephanie Stehling

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**
**PROOF OF SERVICE**