1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| BARBARA MARK, an individual;<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>BRUCE MAJESKI, an individual; et. al.<br><br>　　　　Defendants | Case No.: 8:23-cv-00968-CJC-ADS<br><br>**ORDER ON DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS THE KRISTINE TAYLOR PHILANTHROPIES, KRISTINE TAYLOR, AND RONALD APPEL**<br><br>The Honorable Autumn D. Spaeth, United States Magistrate Judge |

---

1

**ORDER ON DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS THE KRISTINE TAYLOR PHILANTHROPIES, KRISTINE TAYLOR, AND RONALD APPEL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(2), the Plaintiff, BARBARA MARK, voluntarily dismisses Defendants THE KRISTINE TAYLOR PHILANTHROPIES, KRISTINE TAYLOR, AND RONALD APPEL without prejudice.

**IT IS SO ORDERED.**

Dated: February 7, 2024

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**ORDER ON DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS THE KRISTINE TAYLOR PHILANTHROPIES, KRISTINE TAYLOR, AND RONALD APPEL**